ETHEL M. SHEA, Individually and as Administratrix of the Estate of HERBERT SHEA, Deceased, Respondent, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term, for plaintiff in an action under the Federal Employers' Liability Act for damages for the death of plaintiff's intestate and for damages for conscious pain and suffering. The order denied defendant's motion for a new trial.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY SHARKEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. (See *Balbo* v. *People,* 80 N. Y. 484; *People* v. *Dileo,* 194 App. Div. 793, and *People ex rel. Kurzynski* v. *Hunt,* 257 App. Div. 1032, motion for leave to appeal denied 281 N. Y. 888.) All concur. (Appeal from an order of Wyoming County Court, dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of the Probate of the Will of KATHERINE IZYDORCZAK, Also Known as KATARZYNA KRAWCZYK, Deceased. EDMUND J. KRAWCZYK, SR., Appellant; VALENTINE IZYDORCZAK, Respondent.— Decree reversed on the law, without costs of this appeal to any party, and a new trial granted. Memorandum: It was error for the Surrogate to allow proponent to prove declarations of the testatrix to establish the continued existence of her will shown otherwise to have been executed. (*Matter of Kennedy,* 167 N. Y. 163.) All concur. (Appeal from a decree of Erie Surrogate's Court, admitting a carbon copy of the alleged last will of decedent to probate.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

CARROL EAST, Respondent, v. ENDICOTT FORGING & MFG. CO., INC., Appellant. — Order affirmed, with one bill of $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term, denying defendant's motion for dismissal of plaintiff's complaint and for summary judgment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

CARROL EAST, Respondent, v. ENDICOTT FORGING & MFG. CO., INC., Appellant. —Order insofar as appealed from affirmed, without costs of this appeal to either party. All concur. (Appeal from part of an order of Onondaga Special Term, granting plaintiff's motion for an examination of defendant before trial and for inspection of certain records.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

VICTOR LEVINE, as Trustee, Appellant, v. LEONARD P. LEVY, Respondent. — Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See *ante,* p. 848.]